# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:  STEPHEN R. MARTY & KATHLEEN M. MARTY                    Case Number: 07-71949
1258 ARNOLD STREET                          SSN-xxx-xx-4814 & xxx-xx-6911
SANDWICH, IL  60548

|  |  |
|---|---|
| Case filed on: | 8/16/2007 |
| Plan Confirmed on: | 12/10/2007 |

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $5,755.81                    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY JACQUELINE MONTVILLE | 3,500.00 | 3,500.00 | 3,000.00 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 3,000.00 | 0.00 |
|  |  |  |  |  |  |
| 028 | DIANE COLLINS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | STEPHEN R. MARTY | 0.00 | 0.00 | 661.86 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 661.86 | 0.00 |
|  |  |  |  |  |  |
| 001 | AMC MORTGAGE SERVICES INC | 8,610.28 | 37.49 | 37.49 | 0.00 |
| 002 | AMC MORTGAGE SERVICES INC | 37,482.70 | 0.00 | 0.00 | 0.00 |
| 003 | HOMEQ SERVICING | 29,190.88 | 1,185.36 | 1,185.36 | 0.00 |
| 004 | HOMEQ SERVICING | 141,614.16 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 216,898.02 | 1,222.85 | 1,222.85 | 0.00 |
|  |  |  |  |  |  |
| 005 | AMERICASH LOANS LLC | 279.72 | 279.72 | 1.94 | 0.00 |
| 006 | AMERICAN CASH LOANS, LLC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AMERICAN INVEST. BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ECMC | 9,281.80 | 9,281.80 | 63.83 | 0.00 |
| 009 | CAPITAL ONE AUTO FINANCE | 4,737.97 | 4,737.97 | 32.58 | 0.00 |
| 010 | CAVALRY PORTFOLIO SERVICES LLC | 614.31 | 614.31 | 4.22 | 0.00 |
| 011 | B-REAL LLC | 1,378.81 | 1,378.81 | 9.48 | 0.00 |
| 012 | CHECK PLUS SYSTEMS, LP | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CHEX SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CHRYSLER FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CITI-CARDS BP | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CITIBANK CBSD NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | LVNV FUNDING LLC | 30,720.06 | 30,720.06 | 211.25 | 0.00 |
| 018 | CITIBANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | CITY OF SANDWICH | 795.93 | 795.93 | 5.47 | 0.00 |
| 020 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | CREDIT MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | CREDIT MANAGMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | CREDIT PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | FREEDMAN ANSELMO LINDBERG & RAPPE LLC | 5,934.70 | 5,934.70 | 40.81 | 0.00 |
| 025 | DEKALB COUNTY CIRCUIT COURT CIVIL | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | DEKALB COUNTY COLLECTOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | DEKALN COUNTY SHERIFF | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | DISCOVER FINANCIAL SERVICES | 2,853.82 | 2,853.82 | 19.62 | 0.00 |
| 030 | EQUIFAX | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | ER SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | EXPERIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | FIRST IMPRESSIONS DENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | PORTFOLIO RECOVERY ASSOCIATES | 375.79 | 375.79 | 2.58 | 0.00 |
| 035 | GLOBAL PAYMENT CHECK RECO | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | ILLINOIS STUDENT ASSISTANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | ROUNDUP FUNDING LLC | 406.66 | 406.66 | 2.80 | 0.00 |
| 038 | LVNV FUNDING, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | LVNV FUNDING, LLC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | NATIONAL CREDIT SYSTEMS INC | 884.89 | 884.89 | 6.08 | 0.00 |
| 041 | NICOR GAS | 412.57 | 412.57 | 2.84 | 0.00 |
| 042 | PAYDAY LOAN STORE OF IL | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | PREMIUM ASSET RECOVERY CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | PROVENA MERCY CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | RNB-TARGET-RATING 6C-A | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | RRCA ACCOUNTS MANAGEMENT | 1,336.40 | 1,336.40 | 9.19 | 0.00 |
| 047 | RCA ACCT MGMT | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | SALLIE MAE, LSCF | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | SALLIE MAE LSCF | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | SWISS COLONY | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | TCF BANK WISCONSIN | 0.00 | 0.00 | 0.00 | 0.00 |

# United States Bankruptcy Court
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---|---|---|
| 053 | TRANSUNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | TX COLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | UCB INC | 187.00 | 187.00 | 1.29 | 0.00 |
| 056 | USA PAYDAY LOANS | 387.50 | 387.50 | 2.66 | 0.00 |
| 057 | VALUE CITY FURNITURE | 0.00 | 0.00 | 0.00 | 0.00 |
| 058 | VERIZON NORTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 059 | VERIZON NORTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 060 | VERIZON WIRELESS | 1,600.65 | 1,600.65 | 11.01 | 0.00 |
| 061 | WELLS FARGO HOME MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 062 | WELLS FARGO HOME MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 063 | PORTFOLIO RECOVERY ASSOCIATES | 2,611.36 | 2,611.36 | 17.96 | 0.00 |
| 064 | WEST SUBURBAN BANK | 1,013.57 | 1,013.57 | 6.97 | 0.00 |
| 065 | PREMIER BANKCARD/CHARTER | 395.93 | 395.93 | 2.72 | 0.00 |
| 066 | ROUNDUP FUNDING LLC | 1,211.77 | 1,211.77 | 8.33 | 0.00 |
| 067 | WORLD FINANCIAL NETWORK NATIONAL BANK | 2,349.77 | 0.00 | 0.00 | 0.00 |
| 068 | WORLD FINANCIAL NETWORK NATIONAL BANK | 2,349.77 | 2,349.77 | 16.16 | 0.00 |
| 069 | AMERICASH LOANS LLC | 2,626.72 | 2,626.72 | 18.06 | 0.00 |
| | Total Unsecured | 74,747.47 | 72,397.70 | 497.85 | 0.00 |
| | Grand Total: | 295,145.49 | 77,120.55 | 5,382.56 | 0.00 |

Total Paid Claimant: $5,382.56
Trustee Allowance: $373.25
Percent Paid Unsecured: 0.69

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/24/2008          By  /s/Heather M. Fagan